

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

CORTEZ, JOSE LUIS                                    CAUSE NUMBER PD-0228-17

V.

THE STATE OF TEXAS

## ORDER

The above styled and numbered cause is before this Court on direct appeal from the State's appeal in Cause No. 68,587-E from the 108th District Court of Potter County.

State's Exhibit No. 1 is ordered returned to the 7th court of appeals.

IT IS SO ORDERED THIS THE 24TH DAY OF AUGUST, 2021

PER CURIAM

EN BANC

DO NOT PUBLISH